# Prehospital Care Report Summary

## St. Luke's-Roosevelt Hospital Center

Date:09/26/2014  Call #:0917  Incident #:0917  Booklet:81366677  Branch: 911  Time Zone:America/New_York

**Call Information:**

| | | | |
|---|---|---|---|
| Disposition: | Treated/Transported | # Patients Transported | |
| Unit #: | 09F2-1756 - 09F2-1756, Ground-Ambulance  Trip Type: N/A | In My Unit: | 1 |
| Run Type to Scene: | Emergency | # Patients at Scene: | 1 |
| Incident Facility: | | Call Received: | N/A |
| Incident Location: | 342 W 48 ST #4SW - New York, NY 10019 (New York County) | Dispatched: | 09:13:00 |
| Incident Type: | Residence (Home) | En Route: | 09:13:00 |
| | | On Scene: | 09:26:00 |
| Receiving Facility: | 18 Mt. Sinai Roosevelt (Hospital) - 1000 Tenth Avenue - Manhattan, NY 10019 | Patient Contact: | 09:30:00 |
| Facility Address: | 1000 Tenth Avenue - New York, NY 10019 | Left Scene: | 09:48:00 |
| Destination Type: | N/A | At Destination: | 09:57:00 |
| Dest. Reason: | Nearest Facility | Transfer of Care: | N/A |
| Registration #: | N/A | In Service: | 10:20:00 |
| Loaded Mileage: | 1.4 (Total Mileage: 1.4) | Time On Scene: | 22 Min |
| Crew Members: | Preston Sealey, EMT Basic(DS)(DH); Jonathan Rothman, EMT Basic(DOC) | Time to Destination: | 44 Min |
| | | Total Time of Run: | 67 Min |

Moved to Amb By: Met at Ambulance  Transport Position: Sitting  From Amb By:

Call Origin:  911  Lights/Siren: Scene-Not used / Destination-Not used

**Patient Information:**

Name: JOSEPH QUON
Address: 342 W 48 ST #4SW - New York, NY 10019
Phone: (757) 880-7691
Email:
SSN: --
Driver License:

DOB: 03/21/1959
Gender: Male
Age: 55 Years
Weight: Broselow:

**Other Contact Info**
Name:     Phone:     Cell Phone:
Relationship:

Current Meds: METOPROLOL TARTRATE    Comments:
Env Allergies: NKA    Comments:
Med Allergies: NKDA    Comments:
Patient Physician:
Advanced Directives:
PMH:  Hypertension
Comment:

**Payer Information:**

| Priority: Primary  Name: SELF-PAY | Type: | Policy #: | Group #: |
|---|---|---|---|
| Policy Holder: , , Apt , | | Phone: | DOB: |
| Relationship of Patient to Insured: | | | |

**Clinical:**    **Medical Need:**

Onset Date/Time: 09/26/14
Dispatch Reason (EMD): EDP  EDP - Psychiatric Patient

Chief Complaint: EDP
Provider Impression: Behavioral Disorder
Mechanism of Injury: NA
Protocol 1: 430 - Emotionally Disturbed Patient    Protocol 2:

**Assessments:**

03/06/15 11:21 Medical Records    Confidential PHI -© 2000-2015 Sansio - HealthEMS®    09/26/2014 Call# 0917 BK: 81366677 - 1 of 3    PCR 1 of 1

P1

| Time | Employee | Type | Summary |
|---|---|---|---|
| | | ABC | Breathing: Normal Quality: Unlabored Lung Sounds: Left: Clear Lung Sounds: Right: Clear<br>Skin Color: Normal Skin Temperature: Normal Skin Condition: Normal Edema: None |
| | | Injury | Injury - Back<br>Location Modifier:   Injury: Bruising Injury Modifier: |
| | | Head To Toe | Head and Neck:<br>Left Eye: Reactive<br>Right Eye: Reactive |
| | | Neurological | AVPU: Alert |

### Vitals:

| Time | Employee | Summary |
|---|---|---|
| 09:30:00 | Rothman, Jonathan | BP: 150/ 94<br>Pulse: 78<br>Resp: 18<br>Pain: 0 |
| 09:45:00 | Rothman, Jonathan | BP: 150/ 100<br>Pulse: 78<br>Resp: 18<br>Pain: 0 |

### Treatments/Medications:

| Time | Employee | Summary |
|---|---|---|
| 09:30:00 | Rothman, Jonathan | Treatment- BLS Assessment<br>Attempts: N/A Success: Yes<br>Level: BLS |

### Supply

**Qty Supply**

### FlexFields:

| FlexField | Value |
|---|---|
| Physical Vehicle - Vehicle Unit # Select a Vehicle | 1762 |

### Narrative History Text:
PT IS A 55 Y.O. M FOUND AMBULATORY W/ FDNY AND NYPD AWAITING EMS. PT IS AOX3, +ABC'S, +PMSX4, L/S CLEAR, PT DENIES -SOB AND -C/P. PT HAD AN ARGUMENT W/ THE FIRE DEPT WHILE THEY WERE ON SCENE OF A CALL FOR A WATER BREAK, PT REFUSED TO ALLOW THE FIRE DEPT TO INSPECT HIS APARTMENT AND BARRICADED HIMSELF INSIDE. UPON ARRIVAL OF POLICE PT BECAME AGITATED AND AGGRESSIVE WITH POLICE. PT ST'S HE ALSO FELL CAUSING A BRUISE ACROSS HIS UPPER BACK, DENIES -LOC OR PAIN. PT ST'S HE IS STRESSED AND PARANOID. PT HAS NO OTHER COMPLAINTS AT THIS TIME W/ NO OTHER ABNORMALITIES UPON ASSESSMENT.

Auth Signature: No   Privacy Sig: No   Unable to Sign:  No   Refused to Sign: Yes

### Signature Image(s):
Authorization Signature

Privacy Notice Signature

Receiving RN / MD Signature - 09/26/2014 10:18

Technician Signature - 09/26/2014 09:44

**Recommended Service Level: BLS  /  Dispatch Service Level: ALS**
**On Scene Condition Code: 298.9 (Psychiatric/behavioral)**

**Mount Sinai Roosevelt**
1000 Tenth Avenue
New York, NY 10019

Roosevelt Hospital
A Member of the Mount Sinai Health System

**Emergency Department**
212-523-6800

Name: **Quon, Joseph**
Phone: (757)880-7691
Unit: 02 Main Ed
Address: 342 WEST 48TH STREET 4FW, NEW YORK, NY 10036

MR #: 100005023012
Chart #: ED845621
ACT #: 000490708419

DOB: 03/21/1959
Sex: Male
Age: 55

---

Complaint: Aggressive
Arrival Date/Time: 10:01 09/26/2014
Arrived by: Ambulance - SLR
Mobility:
Accompanied By:
Last Date Seen: None
Emergency Resident Physician: MIER HICKS, ANGEL E - General Internal Medicine

Triage Acuity: Level IV - Semi-Urgent
Primary Insurance: SELF PAY
Secondary/Tertiary Insurance: /
Referring Phys/Facility: Unassigned
PMP: * YOUR PRIVATE PHYSICIAN/CLINIC
Emergency Attending Physician: SAUL, TURANDOT

---

Complaint Code:
Treatments PTA:
Travel History:
Hand hygiene: Yes. Mask applied: No.
Language: NONE NEEDED
Barriers to Education: emotional state

Triage Nurse: JACKSON, RN, SABRINA
Primary Nurse: CADY, RN, JENNIFER

---

Past Medical Hx: None
Tetanus Hx:
Social Hx:
Weights:

LMP Date:

---

**Presenting Medications**

| Medication | Dosage | Freq | Medication | Dosage | Freq |
|---|---|---|---|---|---|
| Valsartan-Hydrochlorothiaz... | 12.5-30 | | | | |
| Metoprolol Tartrate | 100 | | | | |
| Amlodipine | 10 | | | | |

**Allergy**

| Allergy | Allergic Reaction |
|---|---|
| NKDA | |

---

**Vital Signs**

| Inits | Time | Temp | Blood Pressure | Pulse | Resp |
|---|---|---|---|---|---|
| SJ | 10:03 | 98.3 | 153/93 ,, | 100 | 20 |
| JC | 13:32 | | 165/114 ,, | 100 | 4 |

**Pain**

| Time | Scale |
|---|---|
| 10:03 | 0/10 |
| 13:32 | 4/10 |

**Pulse Ox.**

| Time | % | Concentration | Peak Flow |
|---|---|---|---|
| 13:32 | 99 | | |

**Glasgow Coma**

| Time | Score |
|---|---|

---

**Disposition Information**
Primary Diagnosis: Elbow - injury (959.3)
Disposition: Disch - Home
Discharge Time: 13:33 09/26/2014
RN Report Called By:
RN Report Given To:
MD Report Called By:
MD Report Given To:
Follow-up Care: * YOUR PRIVATE PHYSICIAN/CLINIC
Appt Date/Time:
Disability Statement:
Prescriptions:
Discharge Instructions:

Secondary Diagnosis:
Discharge Acuity: Level V - Non-Urgent
Admit To Team:
Admit To Floor/Room: /
Service/Private:
Admit To Physician:
Admit - Resident:
Admit - Intern:
Family Notification:
Admit Special Needs:
Admit Service:

---

| Mount Sinai Roosevelt<br>1000 Tenth Avenue<br>New York, NY 10019<br><br>Emergency Department<br>212-523-6800 | Roosevelt Hospital<br>A Member of the<br>Mount Sinai Health System | Name: Quon, Joseph<br>Phone: (757)880-7691    MR #: 100005023012<br>Unit: 02 Main Ed              Chart #: ED845621<br>                                ACT #: 000490708419<br>Address: 342 WEST 48TH STREET 4FW,<br>NEW YORK, NY 10036 | DOB: 03/21/1959<br>Sex: Male<br>Age: 55 |
|---|---|---|---|

**Initial Triage Info**
10:02 09/26/2014 - Nursing Facility Info - SABRINA JACKSON, RN
  Nursing Facility Patient: Yes
  Referral Documents: No
10:02 09/26/2014 - Initial Triage Info - SABRINA JACKSON, RN
  Duration: 1, hours
  Quick Assessment: * Alert and Oriented x 3, Behavior - agitated, Behavior - uncooperative
  Initial Triage Acuity: Level IV - Semi-Urgent
  Suspected Bacterial Infection: No
  Altered Mental Status: No
  Immunocompromised status: No
  Rigors: No
  Mode of Arrival: Ambulance - SLR
  EMS FT Triage: No
  Trauma called: No
  Recently tried to hurt self: No
  Think about not wanting to live: No
  Language Verification: None Needed
  Would you like an HIV test?: No
  Hand hygiene: Yes
  Mask applied: No
  Door Time - Date: 09/26/2014
  Door Time - Time: 10:02
10:02 09/26/2014 - Triage Complaint and Note - SABRINA JACKSON, RN
  Chief Complaint: Aggressive
  Note: pt present handcuffed because he didnt want to let nypo and fire dept in, pt states he is stressed, no hx of psych

**PMH/Current Meds/Allergies**
10:03 09/26/2014 - Allergy Information - SABRINA JACKSON, RN
  Allergy: NKDA
10:03 09/26/2014 - Past Medical History - SABRINA JACKSON, RN
  Medical history: None
  Barriers to Education: emotional state
  Foreign Travel History: No recent foreign travel
  Pull forward verification status: None available
  Historian: Patient, EMS personel
10:03 09/26/2014 - Home Medications - SABRINA JACKSON, RN
  Pull-Forward Verification: Verified
10:35 09/26/2014 - Allergy Information - ANGEL MIER HICKS, MD
  Allergy: NKDA
10:35 09/26/2014 - Past Medical History - ANGEL MIER HICKS, MD
  Medical history: None
  Barriers to Education: emotional state
  Foreign Travel History: No recent foreign travel
  Pull forward verification status: None available
  Historian: Patient, EMS personel
10:36 09/26/2014 - Home Medications - ANGEL MIER HICKS, MD
  Pull-Forward Verification: Verified
13:15 09/26/2014 - Home Medications - JESSICA LEIFER, MD
  Med: 12.5-300 Valsartan-Hydrochlorothiazide oral
    Disposition: Continue
  Med: 100 Metoprolol Tartrate oral
    Disposition: Continue
  Med: 10 Amlodipine oral
    Disposition: Continue

**Medication Summary**

Patient name, medication and allergy verification required at time of order.
Patient name, medication, allergy and DOB verfication required before administration.

11:22 09/26/2014 - Tetanus/Diphtheria/Pertussis 0.5mL IM - JESSICA LEIFER, MD
  Medication Administered - 11:40 09/26/2014 by JENNIFER CADY, RN
  Medication: Tetanus/Diphtheria/Pertussis 0.5mL IM
  Manufacturer: Sanofi Pasteur
  Lot #: u4874aa
  Expiration Date: 10/15/2016
  Response to Medication - 13:21 09/26/2014 by JENNIFER CADY, RN
  Medication: Tetanus/Diphtheria/Pertussis
  Response to treatment: No change indicated

11:22 09/26/2014 - Ibuprofen (Motrin, Advil) 600mg -po - JESSICA LEIFER, MD
  Medication Administered - 11:33 09/26/2014 by JENNIFER CADY, RN
  Medication: Ibuprofen (Motrin, Advil) 600mg -po
  Response to Medication - 13:21 09/26/2014 by JENNIFER CADY, RN
  Medication: Ibuprofen (Motrin, Advil)
  Pain Scale: 2/10

**Lab Order & Result Summary**
(None)

**POCT Results**
(None)

**Xray Order & Result Summary**
11:22 09/26/2014 - Elbow 3vws (L) - JESSICA LEIFER, MD
13:26 09/26/2014 -- Preliminary Order Results
Accession:
Procedure: ELBOW COMPLETE 3+ VIEWS
Result:
Preliminary Report
HISTORY: Assaulted to elbow
TECHNIQUE: Multiple views of the left elbow were taken.
COMPARISON: None.
FINDINGS:
There is no significant soft tissue swelling. There is no acute
fracture or dislocation. The fat pads are unremarkable.
IMPRESSION:
No fracture.
Final Report:
I have reviewed the images and agree with the Resident's report above.
Victor McLaughlin, M.D.
Attending Radiologist
Resident Radiologist: ANJALI SHAH

**EKG Results**
(None)

**IVs Given**

**Assessment/Reassessment**
10:03 09/26/2014 - Vital Signs - SABRINA JACKSON, RN
  Systolic: 153
  Diastolic: 93
  Pulse Rate: 100
  Respirations: 20
  Temperature: 98.3
10:03 09/26/2014 - Oximetry - SABRINA JACKSON, RN
  MAP: 113.0
10:03 09/26/2014 - Pain Assessment - SABRINA JACKSON, RN
  Pain Scale: 0/10 - none
10:03 09/26/2014 - Change Physician - SABRINA JACKSON, RN
  ER Physician: PSYCH, PSYCH -
  Resident: Unassigned, -
  Prim. Care Provider: Unassigned, -
  Responsible Physician: PSYCH, PSYCH -
  Mid-Level Physician: Unassigned,
  Medical Student: Unassigned,
  Referring Physician: Unassigned, -
  Referring Facility: Unassigned
10:05 09/26/2014 - Change Physician - SABRINA JACKSON, RN
  ER Physician: Unassigned, -
  Resident: Unassigned, -
  Prim. Care Provider: Unassigned, -
  Responsible Physician: Unassigned, -
  Mid-Level Physician: Unassigned,
  Medical Student: Unassigned,
  Referring Physician: Unassigned, -
  Referring Facility: Unassigned
10:06 09/26/2014 - Reassessment - SABRINA JACKSON, RN
  Note: pt has numerous bruises and abrasion to shoulders and back, , pt handcuffed,
10:08 09/26/2014 - Providers - CRISTINA DACANAY, RN
  PCP: LEIFER, JESSICA H - Emergency Medicine
10:08 09/26/2014 - Change Physician - CRISTINA DACANAY, RN

| Mount Sinai Roosevelt<br>1000 Tenth Avenue<br>New York, NY 10019<br><br>**Emergency Department**<br>212-523-6800 | Roosevelt Hospital<br>A Member of the Mount Sinai Health System | Name: **Quon, Joseph**<br>Phone: (757)880-7691<br>Unit: 02 Main Ed<br><br>Address: 342 WEST 48TH STREET 4FW,<br>NEW YORK, NY 10036 | MR #: 100005023012<br>Chart #: ED845621<br>ACT #: 000490708419 | DOB: 03/21/1959<br>Sex: Male<br>Age: 55 |
|---|---|---|---|---|

ER Physician: Unassigned, -
Resident: Unassigned, -
Prim. Care Provider: Unassigned, -
Responsible Physician: LEIFER, JESSICA H - Emergency Medicine
Mid-Level Physician: Unassigned,
Medical Student: Unassigned,
Referring Physician: Unassigned, -
Referring Facility: Unassigned
10:13 09/26/2014 - Change Physician - ANGEL MIER HICKS, MD
  ER Physician: Unassigned, -
  Resident: MIER HICKS, ANGEL E - General Internal Medicine
  Prim. Care Provider: Unassigned, -
  Responsible Physician: MIER HICKS, ANGEL E - General Internal Medicine
  Mid-Level Physician: Unassigned,
  Medical Student: Unassigned,
  Referring Physician: Unassigned, -
  Referring Facility: Unassigned
10:13 09/26/2014 - Change Physician - ANGEL MIER HICKS, MD
  ER Physician: Unassigned, -
  Resident: MIER HICKS, ANGEL E - General Internal Medicine
  Prim. Care Provider: Unassigned, -
  Responsible Physician: LEIFER, JESSICA H - Emergency Medicine
  Mid-Level Physician: Unassigned,
  Medical Student: Unassigned,
  Referring Physician: Unassigned, -
  Referring Facility: Unassigned
10:20 09/26/2014 - Physician Evaluation - JESSICA LEIFER, MD
  Acknowledgement: MD acknowledged review of triage information
10:20 09/26/2014 - Physician Evaluation - JESSICA LEIFER, MD
  Acknowledgement: MD acknowledged review of triage information
10:20 09/26/2014 - Evaluate Patient - JESSICA LEIFER, MD
  First Patient Contact: 10:20
10:20 09/26/2014 - Evaluate Patient - JESSICA LEIFER, MD
  First Patient Contact: 10:20
10:25 09/26/2014 - Basic Assessment - JENNIFER CADY, RN
  Type of Assessment: Initial assessment
  LOC: alert and active
  Orientation: person, time, place
  Respiratory: non-labored, speaks in full sentences
  R Breath Sounds: clear
  R Bowel Sounds: present
  L Bowel Sounds: present
  Skin Color: normal for pt
  Skin Temperature: warm
  Skin Moisture: dry
  Mobility: moving all extremities well
  Basic Assessment Other: gown provided
  Note: pt is calm and cooperative, BIBI NYPD/EMS. As per pt, FDNY came to his door stating there was a leak in his apt. Pt states there was no leak and did not open the door. FDNY attempted to break his door lock, thus "jamming my lock and I was unable to unlock or open the door". NYPD arrived and "busted down my door and tackled me to the ground, I didn't resist".
10:31 09/26/2014 - MD Chief Complaint - ANGEL MIER HICKS, MD
  MD Chief Complaint: Abrasion (919.0)
  322619190997
10:32 09/26/2014 - Basic Assessment - JENNIFER CADY, RN
  Type of Assessment: reassessment
  Basic Assessment Other: gown provided
  Note: Pt has c/o bilat wrist and FA pain, as well as pain to his upper mid back. Bilat wrists with abrasions and slight redness and swelling where he was cuffed. Also noted is an about 1.5" wide by 10" long abrasion/bruise to his mid back. Pt is also c/o of sore neck and states "they had a knee in my neck and I couldn't breath". Pt is cooperative and is only upset because he says he didn't do anything wrong and he was not resisting arrest. Denies psych hx. hx of HTN, compliant with meds.
10:33 09/26/2014 - Basic Assessment - JENNIFER CADY, RN
  Type of Assessment: reassessment
  LOC: alert and active
  Orientation: person, time, place
  Respiratory: non-labored, speaks in full sentences
  R Breath Sounds: clear
  L Breath Sounds: clear
  Abdomen: soft
  Skin Color: normal for pt
  Skin Temperature: warm
  Skin Moisture: dry
  Mobility: ambulating well in ER, moving all extremities well

  Basic Assessment Other: gown provided
  Note: also noted is a small abrasion/avulsion to top of L great toe/at nail bed, bleeding controlled.
10:33 09/26/2014 - Eagle Language Info - System entry for Registration
  Language from Eagle: NONE NEEDED
10:33 09/26/2014 - Eagle Language Info - System entry for Registration
  Language from Eagle: NONE NEEDED
10:35 09/26/2014 - LEP from MD - ANGEL MIER HICKS, MD
  Language: *NONE NEEDED
10:36 09/26/2014 - LEP - Registration - ERLINDA PONCE, BA
  Eagle Language Verification: Correct
  EmSTAT Language Verification: Correct
10:36 09/26/2014 - Discontinue Observation - ANGEL MIER HICKS, MD
  Discontinue Observation: CO / SO / EW discontinued
10:42 09/26/2014 - Change Physician - TURANDOT SAUL, MD
  ER Physician: SAUL, TURANDOT - Emergency Medicine
  Resident: MIER HICKS, ANGEL E - General Internal Medicine
  Prim. Care Provider: Unassigned, -
  Responsible Physician: LEIFER, JESSICA H - Emergency Medicine
  Mid-Level Physician: Unassigned,
  Medical Student: Unassigned,
  Referring Physician: Unassigned, -
  Referring Facility: Unassigned
10:54 09/26/2014 - Utilization Management - MARK CAREY, CM
  Admitting Diagnosis: Other
  2 or more ED Visits in 30 Days: No
  Readmission Within 30 Days: Not a readmission within 30 days
  Admitted From: Other
  Note: 55 YO P/W hypd FOR AGRESSIVE BEHAVIOR
11:16 09/26/2014 - Basic Assessment - JENNIFER CADY, RN
  Type of Assessment: reassessment
  Note: pt remains cooperative, awaiting disposition. Pt offered food, declined but tolerating water at bedside
11:17 09/26/2014 - Eagle Language Info - System entry for Registration
  Language from Eagle: NONE NEEDED
11:22 09/26/2014 - Long Bone Fx Analgesics - JESSICA LEIFER, MD
  Have you ordered analgesics: Yes, oral
11:33 09/26/2014 - Medication Administered - JENNIFER CADY, RN
  Medication: Ibuprofen (Motrin, Advil)
  Dose: 600
  Units: mg
  Route: -po
  Admin RN Confirmed: Patient Allergies, Patient DOB, Patient Medication, Patient Name
11:40 09/26/2014 - Medication Administered - JENNIFER CADY, RN
  Medication: Tetanus/Diphtheria/Pertussis
  Dose: 0.5
  Units: mL
  Route: IM
  Vaccine Info Statement Given: Yes
  Vaccine Info Language: *NONE NEEDED
  Vaccination Site: Left Deltoid
  Lot Number: u4874sa
  Manufacturer: Sanofi Pasteur
  Expiration Date: 10/15/2016
  Admin RN Confirmed: Patient Allergies, Patient DOB, Patient Medication, Patient Name
13:15 09/26/2014 - Change Physician - JESSICA LEIFER, MD
  ER Physician: SAUL, TURANDOT - Emergency Medicine
  Resident: MIER HICKS, ANGEL E - General Internal Medicine
  Prim. Care Provider: * YOUR PRIVATE PHYSICIAN/CLINIC
  Responsible Physician: LEIFER, JESSICA H - Emergency Medicine
  Mid-Level Physician: Unassigned,
  Medical Student: Unassigned,
  Referring Physician: Unassigned, -
  Referring Facility: Unassigned
13:15 09/26/2014 - PMD/Clinic not in list - JESSICA LEIFER, MD
  Note: Doctor
13:16 09/26/2014 - Vital Sign Review - JESSICA LEIFER, MD
  Vitals Review: Normal - OK to discharge
13:21 09/26/2014 - Safety Obs/EW - JENNIFER CADY, RN
  Security/Officer Notification: Patient searched/possessions taken, Security notified patient cannot leave
  Type of Observation: SO
  CO Assigned: -Non ED Staff (See note)
  Note: Jcady pt arrived in a pair of pants only
13:32 09/26/2014 - Pain Assessment - JENNIFER CADY, RN

| Mount Sinai Roosevelt<br>1000 Tenth Avenue<br>New York, NY 10019<br><br>Emergency Department<br>212-523-6800 | Roosevelt Hospital<br>A Member of the<br>Mount Sinai Health System | Name: Quon, Joseph<br>Phone: (757)880-7691<br>Unit: 02 Main Ed<br><br>Address: 342 WEST 48TH STREET 4FW,<br>NEW YORK, NY 10036 | MR #: 100005023012<br>Chart #: ED845621<br>ACT #: 000490708419 | DOB: 03/21/1959<br>Sex: Male<br>Age: 55 |
|---|---|---|---|---|

Pain Scale: 4/10
**13:32 09/26/2014 - Vital Signs - JENNIFER CADY, RN**
 Systolic: 165
 Diastolic: 114
 Pulse Rate: 100
 Respirations: 4
**13:32 09/26/2014 - Oximetry - JENNIFER CADY, RN**
 Pulse Oximetry %: 99
 MAP: 131.0

### CPP Risk Assessment
(None)

### Other Orders
**10:01 09/26/2014 - Initial Patient Orders - System entry for Registration**
 HIS Registration - System entry for Registration
 Begin Full Registration - ERLINDA PONCE, BA at 09/26/2014 10:01
 Complete Full Reg. - ERLINDA PONCE, BA at 09/26/2014 10:38
**10:02 09/26/2014 - Domestic Violence - SABRINA JACKSON, RN**

 Record Dom. Violence Info (completion not documented)
**10:03 09/26/2014 - ER Physician Eval. - SABRINA JACKSON, RN**
 Evaluate Patient - JESSICA LEIFER, MD at 09/26/2014 10:20
**10:08 09/26/2014 - ER Physician Eval. - CRISTINA DACANAY, RN**
 Evaluate Patient - JESSICA LEIFER, MD at 09/26/2014 10:20
**10:12 09/26/2014 - Safety Observ/Elopement Watch - JESSICA LEIFER, MD**
 Safety Obs/Elopement Watch - JENNIFER CADY, RN at 09/26/2014 13:21
 Discon't Safety Obs/Elopement Watch - ANGEL MIER HICKS, MD at 09/26/2014 10:38
**13:15 09/26/2014 - Disch - Home - JESSICA LEIFER, MD**
 Document Procedures - JESSICA LEIFER, MD at 09/26/2014 13:16
 Vital Sign Review - JESSICA LEIFER, MD at 09/26/2014 13:16
 Review Physician Charges - JESSICA LEIFER, MD at 09/26/2014 13:16
 Medication Reconciliation - JESSICA LEIFER, MD at 09/26/2014 13:15
 Discharge Condition - JENNIFER CADY, RN at 09/26/2014 13:32
 Review Nurse Charges - JENNIFER CADY, RN at 09/26/2014 13:33
 Discharge Patient - JENNIFER CADY, RN at 09/26/2014 13:33
 Co-pay cash collection - OKEMA GRACE, BA at 09/26/2014 13:32
 Administrative Discharge - OKEMA GRACE, BA at 09/26/2014 13:33
 Charting is Complete - EmSTAT System entry at 09/26/2014 13:33
**13:15 09/26/2014 - Nursing Home Notification - JESSICA LEIFER, MD**

 Nursing Home Notified (completion not documented)

### Discharge Information
**13:15 09/26/2014 - Discharge Diagnosis - JESSICA LEIFER, MD**
 Primary: Elbow - Injury (959.3) (959.3)
 Additional Diagnoses: Abrasion - Back No Infection (911.0) (911.0)
**13:16 09/26/2014 - Discharge Note - JESSICA LEIFER, MD**
 Note: Take ibuprofen pain Follow up to file a police report as wanted
**13:16 09/26/2014 - Discharge Instructions - JESSICA LEIFER, MD**
 Discharge Instructions: abrasion, contusion, elevated blood pressure/hypertension - no new meds
**13:16 09/26/2014 - Ref/App - JESSICA LEIFER, MD**
 Appointment with: * YOUR PRIVATE PHYSICIAN/CLINIC
 Follow up in: 1 week
 PMD/Clinic not in list: Doctor
**13:32 09/26/2014 - Discharge Condition - JENNIFER CADY, RN**
 Acuity: Level V - Non-Urgent
 Condition: Stable
 Mobility at Discharge: Ambulatory
 Patient Teaching: Pt. reviewed follow-up plan of care, Pt. reviewed written DC instructions, Pt. voiced understanding of Instructions
 Pain Scale: 4/10
 Note: pt remains hypertensive, Dr. Leifer made aware. Pt states he did not take any of his HTN meds. Metoprolol, norvasc. Pt is headed home, reinforced the s/s to return to Er
**13:33 09/26/2014 - Pt. Contact # at Dsch - OKEMA GRACE, BA**
 Patient Contact Number: (757)880-7691
 Contact # confirmed: Yes

### Disposition Order
**13:15 09/26/2014 - Disch - Home - JESSICA LEIFER, MD**
 Document Procedures - JESSICA LEIFER, MD at 09/26/2014 13:16
 Vital Sign Review - JESSICA LEIFER, MD at 09/26/2014 13:16
 Review Physician Charges - JESSICA LEIFER, MD at 09/26/2014 13:16
 Discharge Condition - JENNIFER CADY, RN at 09/26/2014 13:32
 Review Nurse Charges - JENNIFER CADY, RN at 09/26/2014 13:33
 Discharge Patient - JENNIFER CADY, RN at 09/26/2014 13:33
 Administrative Discharge - OKEMA GRACE, BA at 09/26/2014 13:33
 Charting is Complete - EmSTAT System entry at 09/26/2014 13:33

### Labs Ordered
(None)

### X-Rays Ordered
**11:22 09/26/2014 - Elbow 3vws (L) - JESSICA LEIFER, MD**
 Order Placed By: JESSICA LEIFER, MD
 Prepare Patient for Xray - SABRINA JACKSON, RN at 09/26/2014 11:31
 Obtain Xray - System entry HIS transactions at 09/26/2014 12:10
 Complete Xray - System entry HIS transactions at 09/26/2014 13:26
 Review Results - ANGEL MIER HICKS, MD at 09/29/2014 15:58

### Registration Info/Demographics
**10:01 09/26/2014 - Registration Information - System entry for Registration**
 First Name: Joseph
 Last Name: Quon
 Chief Complaint: AGGRESSIVE
 Date of Birth: 19590321
 Sex: M
 Medical Record Number: 100005023012
 Account Number: 000490708419
 HIS Ethnicity: Unknown
**10:33 09/26/2014 - Registration Information - System entry for Registration**
 Ethnicity: Unknown
 HIS Ethnicity: Non-Hispanic
 Zip Code: 10036
**11:17 09/26/2014 - Registration Information - YVONNE AVILES, BA**
 Arrival Time: 09/26/2014 10:01
 Chief Complaint: Aggressive
 Date of Birth: 03/21/1959
**11:17 09/26/2014 - Registration Information - System entry for Registration**
 Chief Complaint: AGGRESSIVE
 Date of Birth: 19590321

### Provider/RN/Location Changes
**10:01 09/26/2014 - Change Room - System entry for Registration**
 Change Room: Waiting Area Medicine ED
**10:03 09/26/2014 - Change Room - SABRINA JACKSON, RN**
 Change Room: Psych
**10:03 09/26/2014 - Change Physician - SABRINA JACKSON, RN**
 ER Physician: PSYCH, PSYCH -
 Resident: Unassigned, -
 Prim. Care Provider: Unassigned, -
 Responsible Physician: PSYCH, PSYCH -
 Mid-Level Physician: Unassigned,
 Medical Student: Unassigned,
 Referring Physician: Unassigned, -
 Referring Facility: Unassigned
**10:05 09/26/2014 - Change Room - SABRINA JACKSON, RN**
 Change Room: Waiting Area Main ED
**10:05 09/26/2014 - Change Physician - SABRINA JACKSON, RN**
 ER Physician: Unassigned, -
 Resident: Unassigned, -
 Prim. Care Provider: Unassigned, -
 Responsible Physician: Unassigned, -
 Mid-Level Physician: Unassigned,
 Medical Student: Unassigned,
 Referring Physician: Unassigned, -
 Referring Facility: Unassigned
**10:06 09/26/2014 - Change Room - SABRINA JACKSON, RN**
 Change Room: Exam Room 28 B
**10:08 09/26/2014 - Providers - CRISTINA DACANAY, RN**
 PCP: LEIFER, JESSICA H - Emergency Medicine
**10:08 09/26/2014 - Change Physician - CRISTINA DACANAY, RN**
 ER Physician: Unassigned, -
 Resident: Unassigned, -
 Prim. Care Provider: Unassigned, -
 Responsible Physician: LEIFER, JESSICA H - Emergency Medicine
 Mid-Level Physician: Unassigned,
 Medical Student: Unassigned,
 Referring Physician: Unassigned, -
 Referring Facility: Unassigned
**10:08 09/26/2014 - Change Room - CRISTINA DACANAY, RN**

| Mount Sinai Roosevelt<br>1000 Tenth Avenue<br>New York, NY 10019<br><br>**Emergency Department**<br>212-523-6800 | Roosevelt Hospital<br>A Member of the Mount Sinai Health System | Name: **Quon, Joseph**<br>Phone: (757)880-7691<br>Unit: 02 Main Ed<br><br>Address: 342 WEST 48TH STREET 4FW,<br>NEW YORK, NY 10036 | MR #: 100005023012<br>Chart #: ED845621<br>ACT #: 000490708419 | DOB: 03/21/1959<br>Sex: Male<br>Age: 55 |
|---|---|---|---|---|

Change Room: Exam Room 9 A
**10:10 09/26/2014 - Change Nurse - JENNIFER CADY, RN**
  Primary Nurse: CADY, RN, JENNIFER
  Secondary Nurse: Unassigned,
  Responsible Nurse: CADY, RN, JENNIFER
**10:13 09/26/2014 - Change Physician - ANGEL MIER HICKS, MD**
  ER Physician: Unassigned, -
  Resident: MIER HICKS, ANGEL E - General Internal Medicine
  Prim. Care Provider: Unassigned, -
  Responsible Physician: MIER HICKS, ANGEL E - General Internal Medicine
  Mid-Level Physician: Unassigned,
  Medical Student: Unassigned,
  Referring Physician: Unassigned, -
  Referring Facility: Unassigned
**10:13 09/26/2014 - Change Physician - ANGEL MIER HICKS, MD**
  ER Physician: Unassigned, -
  Resident: MIER HICKS, ANGEL E - General Internal Medicine
  Prim. Care Provider: Unassigned, -
  Responsible Physician: LEIFER, JESSICA H - Emergency Medicine
  Mid-Level Physician: Unassigned,
  Medical Student: Unassigned,
  Referring Physician: Unassigned, -
  Referring Facility: Unassigned
**10:16 09/26/2014 - Change Room - CRISTINA DACANAY, RN**
  Change Room: Exam Room 8 A
**10:16 09/26/2014 - Change Room - LORNA BRYAN, MOA**
  Change Room: Exam Room 8 B
**10:42 09/26/2014 - Change Physician - TURANDOT SAUL, MD**
  ER Physician: SAUL, TURANDOT - Emergency Medicine
  Resident: MIER HICKS, ANGEL E - General Internal Medicine
  Prim. Care Provider: Unassigned, -
  Responsible Physician: LEIFER, JESSICA H - Emergency Medicine
  Mid-Level Physician: Unassigned,
  Medical Student: Unassigned,
  Referring Physician: Unassigned, -
  Referring Facility: Unassigned
**13:15 09/26/2014 - Change Physician - JESSICA LEIFER, MD**
  ER Physician: SAUL, TURANDOT - Emergency Medicine
  Resident: MIER HICKS, ANGEL E - General Internal Medicine
  Prim. Care Provider: * YOUR PRIVATE PHYSICIAN/CLINIC
  Responsible Physician: LEIFER, JESSICA H - Emergency Medicine
  Mid-Level Physician: Unassigned,
  Medical Student: Unassigned,
  Referring Physician: Unassigned, -
  Referring Facility: Unassigned

**Follow Up**
(None)

| EmSTAT Report of Meds and IVs Given to Patient | MR # 100005023012    Account # 000490708419 |
|---|---|
| **Mount Sinai Roosevelt**  1000 Tenth Avenue  New York, NY 10019   Emergency Department    212-523-6800 | Name: **Quon, Joseph**  DOB: **21-Mar-1959**  Chief Complaint: **Aggressive**  Prim Diagnosis: **Elbow - Injury (959.3)**  Sec Diagnosis:  Additional Diagnoses: **Abrasion - Back No Infection (911.0)** |

### MEDICATIONS ADMINISTERED

Medication: Ibuprofen (Motrin, Advil)

| Date/Time | Dose | Route | Diluted In | Rate | Administered By |
|---|---|---|---|---|---|
| 09/26 11:33 | 600 mg | -po | | | CADY, RN, JENNIFER |

Response to Ibuprofen (Motrin, Advil)
09/26 13:21    - CADY, RN, JENNIFER


Medication: Tetanus/Diphtheria/Pertussis

| Date/Time | Dose | Route | Diluted In | Rate | Administered By |
|---|---|---|---|---|---|
| 09/26 11:40 | 0.5 mL | IM | | | CADY, RN, JENNIFER |

Response to Tetanus/Diphtheria/Pertussis
09/26 13:21    - CADY, RN, JENNIFER
   No change indicated

Meds and IVs Administered         Page 1 of 1         Friday - March 06, 2015 - 11:19

| EmSTAT Report of Home Medications, Medications Given and Medications Prescribed | Name: Quon, Joseph  Sex: M |
|---|---|
| **Mount Sinai Roosevelt** 1000 Tenth Avenue New York, NY 10019  Emergency Department   212-523-6800 | MR #: 100005023012   Account #: 000490708419 DOB: 21-Mar-1959   Age: 55   Weight: Chief Complaint: Aggressive Prim Diagnosis: Elbow - Injury (959.3) ED Physician: SAUL, TURANDOT - Emergency Medicine PCP: * YOUR PRIVATE PHYSICIAN/CLINIC |

Our records indicate that at the time of discharge you are taking these medications. Please share this list with the physician providing your follow-up care

**Allergies:**
NKDA

## Home Medications

Recorded by JESSICA LEIFER, MD - 09/26/2014 13:15

| Medication/Route/Dose/Frequency | Last Dose | Disposition | PCP Contacted |
|---|---|---|---|
| Valsartan-Hydrochlorothiazide oral 12.5-300 | | Continue | No |
| Comment: | | | |
| Metoprolol Tartrate oral 100 | | Continue | No |
| Comment: | | | |
| Amlodipine oral 10 | | Continue | No |
| Comment: | | | |

## Medications Given in ED

| Medication Name/Dose/Route | Time Given | Administered By |
|---|---|---|
| Ibuprofen (Motrin, Advil) 600mg -po | 09/26/2014 11:33 | JENNIFER CADY, RN |
| Tetanus/Diphtheria/Pertussis 0.5mL IM | 09/26/2014 11:40 | JENNIFER CADY, RN |

## Medications Prescribed by ED Physician

No Medications Prescribed

Verified By: _____ PCP / EDMD (circle one)   Date/Time: _____


Mount Sinai Roosevelt

## HPI
The patient is a 55-year-old male who presents with a chief complaint of abrasion. HPI: 55 y/o with pmh of HTN ( valsartan, hctz, norvasc, metoprolol) brought in by nypd after beeing aggresive at his appartmetn. Appertly there was a water leak reported in his buliding and patletn did not want people to get inside his appt. NYPD and FDNY was called and got into his appartmetn without consent and arrested him agains his will and cuffed him. Patient was aggresive . . The history was provided by the patient. The history is limited by nothing - patient appears as reliable historian. The patient complains of pain, abrasions and swelling at the abrasion site. There has been no associated chest pain, shortness of breath, nausea and vomiting, fever, chills or chills and fever. The patient was treated prior to arrival with nothing.
Published: 10:34 09/26/2014 ANGEL MIER HICKS, MD

## ROS
**The ROS is limited by:** Nothing - patient appears as reliable historian
**Constitutional**
Negative for fever, chills, weight loss and fatigue.
**Eyes**
Negative for eye pain, discharge and photophobia.
**ENMT**
Negative for ear pain, hearing loss and ear discharge.
**Cardiovascular**
Negative for chest pain, palpitations and dyspnea on exertion.
**Respiratory**
Negative for cough and shortness of breath.
**Gastrointestinal**
Negative for nausea and vomiting.
**Genitourinary**
Negative for dysuria and urgency.
**Musculoskeletal**
Positive for joint pain, joint swelling and back pain.
**Skin**
Negative for rash and pruritus.
**Neuro**
Negative for headache and altered mental status.
**Psychiatric**
Negative for anxiety, depression and suicidal ideation.
**Allergic**
Negative for rash, pruritus and asthma.
Published: 10:34 09/26/2014 ANGEL MIER HICKS, MD

3/6/2015 11:19:54 AM

## PMH
**Information Verification:** None available
**Historian:** Patient, EMS personel
**Potential Barrier to Education:** emotional state
**Travel History:** No recent foreign travel
**Medical History:** None

| Allergies | | |
|---|---|---|
| Allergen | Allergic reaction | Allergy Note |
| NKDA | | |

Published: 10:35 09/26/2014 ANGEL MIER HICKS, MD

**Information Verification:** None available
**Historian:** Patient, EMS personel
**Potential Barrier to Education:** emotional state
**Travel History:** No recent foreign travel
**Medical History:** None

| Allergies | | |
|---|---|---|
| Allergen | Allergic reaction | Allergy Note |
| NKDA | | |

Published: 10:03 09/26/2014 SABRINA JACKSON, RN

**Medical History - System Generated Note:** Published: 10:01 09/26/2014 EmSTAT System entry

## Limited English Proficiency
What language are you most comfortable using when communicating with your healthcare team?
**Language of first choice:** *NONE NEEDED
Published: 10:35 09/26/2014 ANGEL MIER HICKS, MD

## Home Medications

| Medications | | | |
|---|---|---|---|
| Medications | Dosage | Frequency | Last Dose |
| valsartan-hydrochlorothiazide oral | 12.5-300 | | |
| meTOPROLOL tartrate oral | 100 | | |
| amLODIPine oral | 10 | | |

**Information Verification:** Verified
Published: 10:36 09/26/2014 ANGEL MIER HICKS, MD

| Medications | | | |
|---|---|---|---|
| Medications | Dosage | Frequency | Last Dose |
| None | | | |

**Information Verification:** Verified
Published: 10:03 09/26/2014 SABRINA JACKSON, RN

## Physical examination
**Pulse Oximetry:** Non-hypoxic
**PE Limited by:** No limitation - appears as reliable historian
**Constitutional:** Oriented, Alert, in NAD, Well developed, Calm, cooperative

3/6/2015 11:19:54 AM

**O/E - head - general examn.:** Head atraumatic, normalcephalic
small abrasion on scalp
**Eyes:** EOMI
**ENMT:** Mucous membranes moist
**Neck:** Supple
**Cardiovascular:** Regular rate and rhythm, NL S1/S2
**Respiratory:** Clear to auscultation bilaterally, No rales, rhonchi, or wheezes
**Chest:** No chest deformity, Non-tender
**Gastrointestinal:** Abdomen soft, Nontender, Non distended abdomen
**Musculoskeletal Exam**
**Musculoskeletal Exam:** back with scratching and ecchymosis from forced trauma some swelling on his writs.
**Extremity Examination:** No clubbing
**Dermatologic Exam:** Skin color good, Warm
**Psychiatric:** Alert and oriented person, place, and time
Neuro exam
**Cranial Nerve Exam:** CN II-XII intact
**Neuro exam:** A&Ox3
Published: 10:37 09/26/2014 ANGEL MIER HICKS, MD

## Medical Decision Making

**Care Plan:** patient calm and cooperative in the ED, some scattered bruises and abrasions secondary from forcefull trauma. currnelty only complains of mild pain on wrist were he was cuffed.
Published: 10:38 09/26/2014 ANGEL MIER HICKS, MD

## Reassessment

**Reassessment:** XR neg. Dc home.
Published: 13:14 09/26/2014 JESSICA LEIFER, MD

**EM3 Note:** 55 yo M who was assaulted by police. Calm, collected, AAOx3 and pleasant. Multiple abrasions, bruising and click of elbow. Plan ibuprofen. tetanus and xr. dc.
Published: 11:22 09/26/2014 JESSICA LEIFER, MD

## Attending

**Supervision:** I discussed this patient with the resident, agree with the documented resident history, physical, exam, assessment and plan; I directly interviewed and examined the patient
**Summary:** it is unclear to me why the patient is here. it sounds like they were investigating something in his building and it just escalated resulting in contusions. the patient is calm, answering all questions appropriately.
Published: 13:40 09/26/2014 TURANDOT SAUL, MD

## PMD/Refer Notification

**Information Verification:** Verified
**Private MD Info and Contact**
**The PMD is Dr.:** * YOUR PRIVATE PHYSICIAN/CLINIC
**PMD not in list:** Doctor
Published: 13:15 09/26/2014 JESSICA LEIFER, MD

## Patient disposition

**Primary diagnosis**
**Primary Diagnosis:** Elbow - Injury (959.3)
**Additional diagnoses:** Abrasion - Back No Infection (911.0)
**Patient disposition:** Disch - Home
**External cause of injury:** Assault, fight, brawl (E960.0)
**Place of injury:** Private dwelling (E849.0)
**Acknowledgment**
**Reason:** NA
**Accompanied by:** NA
**Destination:** NA
Published: 13:15 09/26/2014 JESSICA LEIFER, MD

## Medication disposition

3/6/2015 11:19:54 AM

| Medications | | | | | |
|---|---|---|---|---|---|
| Medications | Dosage | Frequency | Last Dose | Medication disposition | PCP contact |
| valsartan-hydrochlorothiazide oral | 12.5-300 | | | Continue | |
| meTOPROLOL tartrate oral | 100 | | | Continue | |
| amLODIPine oral | 10 | | | Continue | |

Published: 13:15 09/26/2014 JESSICA LEIFER, MD

## Discharge
**Append a Note to Discharge Instructions:** Take ibuprofen pain Follow up to file a police report as wanted
**Discharge Instructions**
abrasion, contusion, elevated blood pressure/hypertension - no new meds

| Referral/Appointment | | | |
|---|---|---|---|
| Refer Patient To: | PMD/Clinic not in list | Phone Number | Follow-up in |
| * YOUR PRIVATE PHYSICIAN/CLINIC | Doctor | | 1 week |

Published: 13:16 09/26/2014 JESSICA LEIFER, MD

## Reviewed result
Result Type: PRELIM_RESULT
Orderno: 35728048
Step Type: XRAY
Procedure Name: ELBOW COMPLETE 3+ VIEWS

```
Procedure: ELBOW COMPLETE 3+ VIEWS
Result:
Preliminary Report
HISTORY: Assaulted to elbow

TECHNIQUE: Multiple views of the left elbow were taken.

COMPARISON: None.

FINDINGS:
There is no significant soft tissue swelling. There is no acute
fracture or dislocation. The fat pads are unremarkable.

IMPRESSION:
No fracture.

Final Report:

I have reviewed the images and agree with the Resident's report above.

Victor McLaughlin, M.D.
Attending Radiologist
Resident Radiologist: ANJALI SHAH
```

Published: 15:58 09/29/2014 ANGEL MIER HICKS, MD

## Chart Sign-off
Documentation completed by Resident
Published: 15:58 09/29/2014 ANGEL MIER HICKS, MD

Chart electronically signed by ER Physician

3/6/2015 11:19:54 AM

Published: 13:40 09/26/2014 TURANDOT SAUL, MD

Documentation completed by Responsible Physician
Published: 13:16 09/26/2014 JESSICA LEIFER, MD

## Coding completed
Coding completed: Coding
Published: 16:37 09/29/2014 VICTORIA CHANG, PCD

## EmSTAT Orders
Order: Elbow 3vws (L)
Ordered: 09/26/2014 11:22
By: LEIFER, JESSICA H
Published: 12:10 09/26/2014 EmSTAT System entry

Order: Medication: Tetanus/Diphtheria/Pertussis; Dose: 0.5; Units: mL; Route: IM;
Ordered: 09/26/2014 11:22
By: LEIFER, JESSICA H
Published: 11:22 09/26/2014 EmSTAT System entry

Order: Medication: Ibuprofen (Motrin, Advil); Dose: 600; Units: mg; Route: -po;
Ordered: 09/26/2014 11:22
By: LEIFER, JESSICA H
Published: 11:22 09/26/2014 EmSTAT System entry

## EmSTAT Meds Admined
Administer Medication: Medication: Tetanus/Diphtheria/Pertussis; Dose: 0.5; Units: mL; Route: IM; Vaccine Info Statement Given: Yes; Vaccine Info Language: *NONE NEEDED; Vaccination Site: Left Deltoid; Lot Number: u4874aa; Manufacturer: Sanofi Pasteur; Expiration Date: 10/15/2016;
Administered: 09/26/2014 11:40
By: CADY, RN, JENNIFER
Published: 11:41 09/26/2014 EmSTAT System entry

Administer Medication: Medication: Ibuprofen (Motrin, Advil); Dose: 600; Units: mg; Route: -po;
Administered: 09/26/2014 11:33
By: CADY, RN, JENNIFER
Published: 11:33 09/26/2014 EmSTAT System entry

3/6/2015 11:19:54 AM

```
                        RESULT REVIEW REPORT
                NOT FOR PERMANENT STORAGE IN MEDICAL RECORD


Printed Copy Requested by: RODRIGUEZ, FIOR


MRN: 100005023012                    Prism Serial#: 1490708419
Patient: QUON, Joseph   .            Ordering Provider: LEIFER, JESSICA H.
DOB: 21Mar1959          Age: 55                  Gender: M


Report Name: Xray Elbow, Unilat(Ap/Obli/Lat)   Type: DXSTIC
Report Date: 2014-09-26:13:38       Result Status: IMAGE
-----------------------------------------------------------------------------
Final Report
HISTORY: Assaulted to elbow


TECHNIQUE: Multiple views of the left elbow were taken.

COMPARISON: None.


FINDINGS:
There is no significant soft tissue swelling. There is no acute
fracture or dislocation. The fat pads are unremarkable.


IMPRESSION:
No fracture.


Final Report:

I have reviewed the images and agree with the Resident's report above.


Victor McLaughlin, M.D.
Attending Radiologist


        Attending Radiologist: VICTOR MCLAUGHLIN, MD
        Resident Radiologist:  ANJALI SHAH
Principal Radiologist: MCLAUGHLIN VICTOR
Assistant Radiologist: SHAH  ANJALI


This document has been electronically signed by:

*** IF NO NAME/DATE/TIME LISTED DOCUMENT HAS NOT BEEN ELECTRONICALLY SIGNED ***
```